AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED 08 JUL 24 PM 12:22 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT N.D. DIST. OF CA.

**OFFENSE CHARGED**

18 U.S.C. § 2252(a)(1) -- Shipment of Child Pornography (2 Counts); 18 U.S.C. § 2252(a)(4) -- Possession of Child Pornography; Forfeiture

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

Counts 1-2: min. 5 years, max. 20 years prison, $250,000 fine, min. 5 years to life sup'd rel., $100 special assessment.
Count 3: max. 10 years prison, $250,000 fine, min. 5 years to life sup'd rel., $100 special assessment.

DEFENDANT - U.S.

▶ NORMAN RAE

DISTRICT COURT NUMBER

JSW

CR 08 0489

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)
USMS (designated) Deputy James Williams, Sacramento Sheriff's Dept.
USPS, Postal Inspector Jude Densley

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Owen P. Martikan

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:

Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED
08 JUL 24 PM 12:22
RICHARD W. WIEKING
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

**V.**

NORMAN RAE CR 08 0489

JSW

DEFENDANT.

## INDICTMENT

Title 18, U.S.C. § 2252(a)(1) - Shipment of Child Pornography (Two Counts)
Title 18, U.S.C. § 2252(a)(4) - Possession of Child Pornography;
Title 18, U.S.C. § 2253(a)(1) - Forfeiture

INDICT

A true bill.

Foreman

Filed in open court this 24 day of July 2008

**Brenda Tolbert**
Clerk

**Maria Elena James**
**United States Magistrate Judge**

Bail, $ No Bail Warrant

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
08 JUL 24 PM 12:22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JSW

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NORMAN RAE,<br>Defendant. | CR 08 0489<br>No.<br>VIOLATIONS: 18 U.S.C. § 2252(a)(1) – Shipment of Child Pornography (Two Counts); 18 U.S.C. § 2252(a)(4) – Possession of Child Pornography; and 18 U.S.C. § 2253(a)(1)-(3) – Criminal Forfeiture<br>SAN FRANCISCO VENUE |

# INDICTMENT

The Grand Jury charges:

COUNT ONE: 18 U.S.C. § 2252(a)(1) – Shipment of Child Pornography

On or about August 14, 2007, in the Northern District of California, the defendant,

NORMAN RAE,

did knowingly transport and ship in interstate commerce by computer, at least one visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, in violation of Title 18, United States

Code, Section 2252(a)(1).

COUNT TWO: 18 U.S.C. § 2252(a)(1) – Shipment of Child Pornography

On or about August 19, 2007, in the Northern District of California, the defendant,

NORMAN RAE,

did knowingly transport and ship in interstate commerce by computer, at least one visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(1).

COUNT THREE: 18 U.S.C. § 2252(a)(4) – Possession of Child Pornography

On or about January 28, 2008, in the Northern District of California, the defendant,

NORMAN RAE,

did knowingly possess at least one matter, to wit, a Lenovo T60 laptop computer bearing serial number L3-AW211-07/05 and at least one CD-ROM, which contained visual depictions that had been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

FORFEITURE ALLEGATIONS: 18 U.S.C. § 2253(a) – Criminal Forfeiture

Upon conviction of an offense alleged in Count One, Count Two, or Count Three of this Indictment, the defendant,

NORMAN RAE,

shall forfeit to the United States, under Title 18, United States Code, Section 2253(a), all visual depictions described in Title 18, United States Code Section 2252 and all property, real and personal, used or intended to be used to commit or promote the commission of the offenses of conviction, including but not limited to one Lenovo T60 laptop, serial number L3-AW211-07/05,

that was seized from defendant on January 28, 2008.

DATED: 7-24-08

A TRUE BILL.

FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: ( ) AUSA MARTIKAN