JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7241
    Facsimile: (415) 436-7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 08-0489 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME** |
| v. | |
| NORMAN RAE, | |
| Defendant. | |

On July 29, 2008, the parties in this case appeared before the Court for a status conference. The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial Act calculations from July 29, 2008, through September 4, 2008, for effective preparation of defense counsel. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the

//

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR08-0489 JSW

defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

DATED: 8/4/08

JOSEPH P. RUSSONIELLO

OWEN P. MARTIKAN
Attorneys for the United States

DATED: 8/4/08

BARRY J. PORTMAN

STEVEN KALAR
Attorneys for Defendant

### [PROPOSED] ORDER

As the Court found on July 29, 2008, and for the reasons stated above, an exclusion of time from July 29, 2008, through September 4, 2008, is warranted because the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____

HON. MARIA-ELENA JAMES
United States Magistrate Judge