FILED

JUL 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   Plaintiff,   v.   NORMAN RAE,   Defendant. | No. CR 08-0489 JSW   [~~PROPOSED~~] ORDER RE: PSYCHOLOGICAL EVALUATION |

TO: The United States Marshal, the Sheriff of Alameda County, all Alameda Sheriff employees, and any state or federal officer employed in any detention facility in which the defendant Norman Rae is housed:

It is hereby ordered that Dr. Rebecca Bauknight be permitted a contact visit with inmate Norman Rae to undertake a psychological evaluation. The visit shall be arranged by Mr. Rae's counsel, Assistant Federal Public Defender Steven Kalar.

Dr. Bauknight shall be permitted entry to visit Mr. Rae for a contact visit upon presentation of her (expired) passport, her temporary driver's license, and her licensed psychologist card.

IT IS SO ORDERED.

7-29-08
DATED

MARIA-ELENA JAMES
United States Magistrate Judge

Rae, CR 08-0489 JSW
ORD. RE: PSYCH. EVAL.

Received
AUG 0 1 2008
Federal Public Defender
San Francisco