1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  OWEN P. MARTIKAN (CSBN 177104)
   Assistant United States Attorneys
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7241
7      Facsimile: (415) 436-7234
       owen.martikan@usdoj.gov
8
   Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,         )   No.: CR 08-0489 JSW
14                                   )
                                     )
15          Plaintiff,                )   **STIPULATION AND [PROPOSED]**
                                     )   **ORDER EXCLUDING TIME**
16       v.                          )
                                     )
17 NORMAN RAE,                       )
                                     )
18                                   )
            Defendant.                )
19  _____ )

20

21     On July 29, 2008, the parties in this case appeared before the Court for a status conference.

22 The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial

23 Act calculations from July 29, 2008, through September 4, 2008, for effective preparation of

24 defense counsel. The parties represented that granting the continuance was the reasonable time

25 necessary for effective preparation of defense counsel, taking into account the exercise of due

26 diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice

27 served by granting such a continuance outweighed the best interests of the public and the

28 //

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR08-0489 JSW

1  defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

2  SO STIPULATED:

3  DATED: 8/4/08                                    JOSEPH P. RUSSONIELLO

                                                    OWEN P. MARTIKAN
                                                    Attorneys for the United States

8  DATED: 8/4/08                                    BARRY J. PORTMAN

                                                    STEVEN KALAR
                                                    Attorneys for Defendant

### [PROPOSED] ORDER

As the Court found on July 29, 2008, and for the reasons stated above, an exclusion of time from July 29, 2008, through September 4, 2008, is warranted because the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: August 8, 2008

HON. MARIA-ELENA JAMES
United States Magistrate Judge

IT IS SO ORDERED
Judge Maria-Elena James

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR08-0489 JSW