UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL MINUTES*

**Judge: JEFFREY S. WHITE**

**Date**: September 4, 2008

**Case No:** CR 08-00489 JSW

**Case Title**: UNITED STATES v. NORMAN RAE

**Appearances:**

    For the Government: Owen Martikan

    For Defendant(s): Steve Kalar

| **Interpreter:** | **Probation Officer:** |
|---|---|
| **Deputy Clerk**: Rowena B. Espinosa | **Court Reporter**: Sylvia Russo |

### *PROCEEDINGS*

1. Trial Setting - not held

### *SUMMARY*

- Defendant is not present; matter is taken off calendar and reset to **Thursday, 09/25/08 at 2:30 PM for Status**.  This date will be vacated if the defendant is not located.